MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*U.S.A. v. SABIL MUJAHID*

Case No. 3:09-cr-0034 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

    Having reviewed Magistrate Judge Roberts' Initial Report and Recommendation on Defendant's Motion to Suppress Evidence (Docket No. 26), in conjunction with the parties' Objections (Docket No. 46), and the Magistrate's Final Report and Recommendation, (Docket 49), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress Evidence, (Docket 26), is **DENIED**.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 20, 2009